JS-6

1  Tegan Rodkey, Esq. (SBN: 275830)
   E: tegan@pricelawgroup.com
2  **PRICE LAW GROUP, APC**
   6345 Balboa Blvd., Ste 247
3  Encino, CA 91316
   T: (818) 600-5526
4  F: (818) 600-5526

5

6  *Attorneys for Plaintiff*
   *Marie Antoinette Teague*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| MARIE ANTOINETTE TEAGUE, | Case No.: 5:23-cv-1144-PA-PVC |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND FIRST PREMIER BANK, | |
| Defendants. | |

Upon review of the Parties Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: October 11, 2023

*/s/ Percy Anderson*
United States District Judge

1